UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Criminal No. 03-10146-JLT |
| HAROLD STONIER | * | |

ORDER

July 9, 2007

TAURO, J.

Plaintiff has shown good cause regarding his failure to file a notice of appeal within ten days of this court's order. His letter received by this court on May 14, 2007 [#238], and his notice of appeal received by this court on May 31, 2007 [#239] demonstrate his diligence in attempting to ascertain what was electronically docketed. Accordingly, this court enlarges the time for filing to thirty days and considers his notice of appeal timely filed.

IT IS SO ORDERED.

     /s/ Joseph L. Tauro
United States District Judge